UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMTM TECHNOLOGY, LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>MICROSOFT CORPORATION,<br><br>       Defendant. | Case No. 15-cv-02396-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 11 |

Plaintiff SMTM Technology, LLC, has filed a Notice of Dismissal with Prejudice, dated June 29, 2015. ECF No. 11. Because Defendant Microsoft Corporation has not yet served either an answer or a motion for summary judgment, the notice of dismissal is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

This case has been dismissed with prejudice. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: June 29, 2015

_____
JON S. TIGAR
United States District Judge